LEWIS P. SMITH, Doing Business under the Trade Name of L. P. SMITH COM-

PANY, Respondent, v. PASQUALINA LOUISE, Appellant.— Judgment and order affirmed, with costs. All concur.